Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

James S. Terrell, Esq. SBN 170409
jim@talktoterrell.com
115411 Anacapa Road
Victorville, CA 92392
Telephone: (760) 561-2699
Facsimile: (760) 952-1085

Sharon J. Brunner, Esq. SBN 229931
Sharon.j.brunner@gmailc.com
Law Office of Sharon J. Brunner
14393 Park Avenue, Suite 101
Victorville, CA 92392
Telephone: (760) 243-9997
Facsimile: (760) 843-8155

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANCES ENYART, Individually, and as Successor in Interest to WILLIAM ENYART, GREGORY ENYART, as an Individual, and AMANDA KELLEY as GUARDIAN AD LITEM TO A.E.,

Plaintiffs,

v.

COUNTY OF SAN BERNARDINO, AARON CONLEY, DEPUTY C. UMPHLETT, ROD SKAGGS, DEPUTY SNOW, DEPUTY SILVA, and DOES 1-10, inclusive,

Defendants.

Case No. 5:23-cv-00540-RGK-SHK

**DECLARATION OF DANIELLE R. PENA IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT; OR IN THE ALTERNATIVE MOTION OR PARTIAL SUMMARY JUDGMENT**

Date: April 8, 2024
Time: 9:00 a.m.
Dept: 850
Judge: Hon. R. Gary Klausner

I, Danielle R. Pena, have personal knowledge of and competent to testify to the following:

1. I am a partner with PHG Law Group, attorneys for Plaintiffs. I have personal knowledge of each of the facts and statements set forth herein and I could and would competently testify thereto if called to do so.

2. This declaration is submitted in support of Plaintiffs' Opposition to Motion for Summary Judgment; or in the Alternative Partial Summary Judgment.

3. On March 4, 2024, I received an email from Defendants' Counsel regarding the filing of the instant motion for summary judgment. Prior to that date, I had not had any discussion about filing a motion for summary judgment. Had Defendants' Counsel allowed me more time to meet and confer, I would have had the ability to share relevant case law and supporting evidence to minimize, or eliminate, the instant motion before the Court. Attached hereto as Exhibit 1 is a true and correct copy of the March 4, 2024, email.

4. Attached hereto as Exhibit 2 are true and correct copies of excerpts of the Expert Report of Homer Venters, M.D. in this matter.

5. Attached hereto as Exhibit 3 are true and correct copies of excerpts of the Deposition of Amanda Kelley taken in this matter.

6. Attached hereto as Exhibit 4 are true and correct copies of excerpts of the Deposition of Frances Enyart taken in this matter.

7. Attached hereto as Exhibit 5 are true and correct copies of Officer Conley's Report from March 27, 2022.

8. Attached hereto as Exhibit 6 are true and correct copies of Officer Upmhlett's Report from March 27, 2022.

9. Submitted with the Notice of Lodging Non-Paper Exhibits with the United States District Court in Support of Opposition to Motion for Summary Judgment as Exhibit 7 is a true and correct copy of the audio of Officer Umphlett's interview with the Enyart Family.

10. Attached hereto as Exhibit 8 are true and correct copies of pertinent portions of Defendant San Bernadino County's Responses to Plaintiff Frances Enyart's Special Interrogatories to County of San Bernardino (Set One).

11. Attached hereto as Exhibit 9 are true and correct copies of excerpts of the Deposition of Ronald Conley taken in this matter.

12. Exhibit 10, the Paramedic Report is subject to an Application for Leave to File Under Seal and is lodged with that application.

13. Attached hereto as Exhibit 11 are true and correct copies of the Initial Intake Screening of Angel Alvarado's from July 27, 2022.

14. Attached hereto as Exhibit 12 are true and correct copies of the operative Health Screening policy during the Intake Procedure for San Bernadino County Jails.

15. Attached hereto as Exhibit 13 are true and correct copies the Enyart Family's phone record.

16. Attached hereto as Exhibit 14 are true and correct copies of the phone logs from West Valley Detention Center showing the Enyart Family's calls to that facility between July 31, 2022, and August 1, 2022.

17. Attached hereto as Exhibit 15 are true and correct copies of excerpts of the Deposition of April Snow taken in this matter.

18. Attached hereto as Exhibit 16 are true and correct copies of excerpts of the Deposition of Troy Skaggs taken in this matter. Portions of these experts are pending an Application for Leave to File Under Seal.

19. Attached hereto as Exhibit 17 are true and correct copies of pertinent portions of the medical note entries made for William Enyart.

20. Attached hereto as Exhibit 18 are true and correct copies of the Initial Intake Screening of Dujin Zhou's from July 30, 2022.

21. Attached hereto as Exhibit 19 are true and correct copies of the MH Housing Assessment of Dujin Zhou's from July 30, 2022.

22. Attached hereto as Exhibit 20 are true and correct copies of the Inmate Movement History Log for William Enyart.

23. Submitted with the Notice of Lodging Non-Paper Exhibits with the United States District Court in Support of Opposition to Motion for Summary Judgment as Exhibit 21 are a true and correct copy of the audio of a Deputy's interview with a third-party inmate witness.

24. Submitted with the Notice of Lodging Non-Paper Exhibits with the United States District Court in Support of Opposition to Motion for Summary Judgment as Exhibit 22 are a true and correct copy of the audio William Enyart's recorded calls from the call button in his cell.

25. Attached hereto as Exhibit 23 are true and correct copies of excerpts of the Expert Report of Mario San Bartolome, MD, MBA, MRO, FASAM in this matter.

26. Attached hereto as Exhibit 24 are true and correct copies of the operative Sobering Cell policy during the Intake Procedure for San Bernadino County Jails.

27. Attached hereto as Exhibit 25 are true and correct copies of excerpts of the Expert Report of Roger A. Clark in this matter.

28. Attached hereto as Exhibit 26 are true and correct copies of Inmate Medication Information Form.

29. Attached hereto as Exhibit 27 are true and correct copies of excerpts of the Deposition of Cara Umphlett taken in this matter.

30. Attached hereto as Exhibit 28 are true and correct copies of Sick Calls for William Enyart.

31. I have reviewed the August 1, 2022, WVDC video surveillance depicting Billy's cell front. The video is approximately twelve hours long. The video demonstrates that Billy was in clear medical distress which was ignored by Deputy Garcia on multiple occasions.

32. Attached hereto as Exhibit 29 are true and correct copies the Mental Health Evaluation by Monica Tamayo completed on August 1, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of March, 2024, at San Diego, California.

*s/ Danielle R. Pena*
Danielle R. Pena, Esq.
*Attorneys for Plaintiffs*