```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                              5/24/2024

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY:         JRE        DEPUTY
```

<span style="color:red">**REDACTED**</span>

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

FRANCES ENYART, Individually, and as Successor in interest to WILLIAM ENYART, GREGORY ENYART, as an individual, and AMANDA KELLEY as GUARDIAN AD LITEM TO A.E.

        Plaintiff,

    v.

COUNTY OF SAN BERNARDINO, AARON CONLEY, DEPUTY C. UMPHLETT, ROD SKAGGS, and DEPUTY SNOW

        Defendants.

Case No. 5:23-cv-00540-RGK-SHK

**VERDICT FORM**

1

VERDICT FORM

WE THE JURY, in the above-entitled action, unanimously find as follows:

**Question 1:**

Do you find that any defendant violated William Enyart's Fourteenth Amendment right to needed medical care?

| | | |
|---|---|---|
| Ronald Conley | Yes _____ | No __X__ |
| Cara Umphlett | Yes _____ | No __X__ |
| Troy Skaggs | Yes _____ | No __X__ |
| April Snow | Yes _____ | No __X__ |

*Please answer Question 2.*

**Question 2:**

Do you find that William Enyart has established the elements of his Section 1983 claim of Unconstitutional Policy/Custom and/or Unconstitutional Training against Defendant County of San Bernardino?

Answer:        Yes __X__        No _____

*Please answer Question 3.*

**Question 3:**

Was any defendant negligent toward William Enyart for failing to take reasonable action to summon medical care?

| | | |
|---|---|---|
| Ronald Conley | Yes __X__ | No _____ |
| Cara Umphlett | Yes _____ | No __X__ |
| Troy Skaggs | Yes _____ | No __X__ |
| April Snow | Yes _____ | No __X__ |

*Please answer Question 4.*

**Question 4:**

Was the negligence of any defendant a substantial factor in causing the death of William Enyart?

| | | | |
|---|---|---|---|
| Ronald Conley | Yes _____ | No | X |
| Cara Umphlett | Yes _____ | No | X |
| Troy Skaggs | Yes _____ | No | X |
| April Snow | Yes _____ | No | X |

*If you answered **No** to questions 1, 2, 3 and 4 as to **all** defendants, do not complete any additional questions. Sign and date the verdict the form.*

*If you answered **Yes** to question 3 or 4 as to **any** defendant, please answer question 5. Otherwise, please proceed to question 6.*

**Question 5:**

What percentage of fault for Plaintiffs' harm do you assign to the following?

| | |
|---|---|
| Defendants | 60 % |
| William Enyart | 40 % |
| TOTAL | 100% |

*If you answered **Yes** to questions 1, 2, or 3 is as to **any** defendant, please answer question 6.*

**Question 6:**

What are William Enyart's damages for his pre-death pain and suffering and loss of life?

Pre-death pain and suffering    FOUR HUNDRED THOUSAND   $ 400,000.00

Loss of Life    $ 6 MILLION

*If you answered **Yes** to question 4 as to any defendant, please answer questions 7 and 8.*

**Question 7:**

What are Plaintiff A.E.'s damages for the loss of William Enyart's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

Past    $ _____

Future    $ _____

**Question 8:**

What are Plaintiff Gregory Enyart's damages for the loss of William Enyart's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

Past    $ _____

Future    $ _____

1       You have now completed this verdict form.  Please have the Jury Foreperson
2 sign and date this form.
3
4
5     DATED:
6    5/24/2024
7
8       After the verdict form is completed and signed, please deliver to the court
9 officer.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Singature redacted by the Court.

JURY FOREPERSON