JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES ENYART, Individually, WILLIAM ENYART, GREGORY ENYART, as an individual, and AMANDA KELLEY as GUARDIAN AD LITEM TO A.E., <br><br>    Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO, AARON CONLEY, DEPUTY C. UMPHLETT, ROD SKAGGS, and DEPUTY SNOW, <br><br>    Defendants. | CASE NO. 5:23-CV-00540-RGK-SHK <br><br> **JUDGMENT IN A CIVIL ACTION** |

A jury tried this action, with the Honorable R. Gary Klausner presiding, and the jury rendered its verdict on My 28, 2024 (dkt. 182).

WHEREFORE, IT IS ORDERED that Plaintiff William Enyart, by and through his successor-in-interest, minor plaintiff A.E., shall have judgment against Defendant County of San Bernardino as follows:

///

///

///

///

///

1  Plaintiff William Enyart, by and through his successor-in-interest, minor
2  plaintiff A.E., shall recover from defendant County of San Bernardino the amount
3  of $6,400,000 with post-judgment interest at the rate consistent with 28 U.S.C.
4  § 1961, along with costs and attorney's fees in an amount to be determined by
5  further order of the Court.

It is HEREBY ORDERED that this Judgment be entered.

Dated: 6/24/2024

*/s/ Gary Klausner*

Hon. R. Gary Klausner
United States District Judge