Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Grace Jun, Esq., SBN 287973
grace@gracejunlaw.com
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (310) 709-4012

Joseph M. McMullen, Esq., SBN 246757
joe@jmm-legal.com
Law Offices of Joe M. McMullen
501 West Broadway, Suite 1510
San Diego, CA 92101
Telephone: (619) 501-2000
Facsimile: (619) 615-2264

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES ENYART, Individually, and as Successor in Interest to WILLIAM ENYART, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, AARON CONLEY, DEPUTY C. UMPHLETT, ROD SKAGGS, DEPUTY SNOW, DEPUTY SILVA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-00540-RGK-SHK<br><br>**DECLARATION OF GRACE JUN IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES** |

I, GRACE JUN, being duly sworn, hereby declare:

1. I am an attorney admitted to practice in the state of California, in the United States Courts of Appeals for the Ninth Circuit, and in the United States District Courts for the Southern District of California, Central District of California, and Northern District of California.

2. I am counsel of record for Plaintiffs in this matter. The matters stated herein are stated of my own personal knowledge, except for any matters expressly stated on information and belief, which matters I believe true. I make this declaration in support of Plaintiffs' application for an award of attorneys' fees and costs.

3. I graduated from the University of California, Hastings College of the Law, in May 2012. I have been admitted to practice law in the State of California since December 2012.

4. I am a member of the National Police Accountability Project (NPAP), the largest civil rights attorney organization in the county. I have served as a member of the CLE Committee for NPAP. As a member of the CLE Committee for NPAP, I organized and presented CLEs on issues of interest for civil rights attorneys. I organized the topics; set the agenda; recruited speakers; and moderated discussions.

5. I have been recognized by Superlawyers since 2016.

6. The majority of my practice is civil rights litigation related to police misconduct which includes claims under 42 U.S.C. § 1983 and Bivens actions against federal law enforcement. I also specialize in Federal Tort Claims Act (FTCA) actions against the United States which, like police misconduct claims, involve intricate and complex issues of immunity.

7. Since my admission to the State Bar of California in 2012, I have appeared as trial counsel of record in the following jury trials:

    a. *Francisco Bates et al. v. Metropolitan Translators and Translators, Inc.*, Southern District of California case nos. 12cv0460 JM (MDD);

|   |   |
|---|---|
| 1 | 13cv1891 JM (MDD); and 13cv1892 JM (MDD), which resulted in a $4,032,000 jury verdict. |

    b. *Angel Escalante v. Luis Lara and Pacific Foods Distribution, Inc.*, Imperial County Superior Court case no. ECU08077, in which we achieved a $312,370 jury verdict.

    c. *Jens Boy v. Zimmer, Inc. et al.*, San Diego County Superior Court case no. 37-2016-00002761-CU-DF-CTL, which resulted in a $3,559,000 jury verdict.

    d. *Estate of Kevin Brown and Rebecca Brown v. Michael Lambert and Maura Mekenas-Parga*, S.D. Cal. case no. 15-CV-1583-DMS (WVG), which resulted in a $6,000,000 compensatory damages jury verdict and $50,000 punitive damages verdict.

    e. *Montera v. Premier Nutrition Group*, N.D. Cal. case no. 16-cv-06980-RS, which resulted in an approximately $12 million judgment. Plaintiff also achieved a favorable opinion before the Ninth Circuit in *Montera v. Premier Nutrition Corp.*, 111 F.4th 1018, 1025 (9th Cir. 2024).

    f. In 2023, the Daily Journal awarded my co-counsel, Eugene Iredale and Tim Blood, and me a "Top Verdict" award for the trial result we achieved in *Montera v. Premier Nutrition Group*.

8. I have been the principal author of the following appellate briefs before the Ninth Circuit Court of Appeals:

    a. Plaintiffs' Third Brief on Cross-Appeal, Francisco Bates et al. v. Metropolitan Interpreters and Translators, Inc., Ninth Circuit case nos. 15-56647 and 15-56658 (affirming the district court's judgment after plaintiffs achieved a favorable jury verdict).

    a. Plaintiffs' Answering Brief, Estate of Kevin Brown and Rebecca Brown v. Michael Lambert and Maura Mekenas-Parga, Ninth Circuit case no. 17-55930 *Colleen Garot v.* County of San Diego, S.D. Cal.

     case no. 19-cv-1650-L-BLM, $9.5 million settlement with the County of San Diego.

  b.

  c. Plaintiff/Appellant's Opening Brief and Reply Brief, Doyma Michel v. United States of America, Ninth Circuit case no. 18-55211 (Plaintiff's appeal of the district court's grant of summary judgment in a FTCA action against the United States. At the conclusion of oral argument, and at the suggestion of the Court, the parties engaged in settlement discussions and settled this case)

9. I have successfully defended favorable orders or judgments by opposing petitions for certiorari to the United States Supreme Court in the following cases:

  a. Metropolitan Interpreters and Translators, Inc., v. Francisco Bates et al., Supreme Court case no. 18-751

  b. Michael Lambert et al. v. Estate of Kevin Brown and Rebecca Brown, Supreme Court case no. 19-541.

10. My efforts in achieving favorable results for my clients is reflected in the following published opinions:

  a. *Estate of Anastacio Hernandez-Rojas et al. v. United States of America et al.*, 62 F. Supp. 3d 1169 (S.D. Cal. 2014)

  b. *Fernando Medina et al. v. Metropolitan Interpreters and Translators, Inc.*, 139 F. Supp. 3d 1170 (S.D. Cal. 2015)

  c. *Estate of Kevin Brown v. Michael Lambert*, 478 F. Supp. 3d 1006, 1021 (S.D. Cal. 2020)

  d. *Greer v. Cnty. of San Diego*, 634 F. Supp. 3d 911 (S.D. Cal. 2022)

  e. *Estate of Serna v. Cnty. of San Diego*, 689 F. Supp. 3d 848, 867 (S.D. Cal. 2023), *aff'd sub nom. Est. of Serna by & through Gilliland v. Cnty. of San Diego*, No. 20-CV-2096-LAB-DDL, 2024 WL 942368 (S.D. Cal. Mar. 5, 2024)

11. While working with attorneys Eugene Iredale and Julia Yoo in San Diego, I helped achieved the notable settlements in the following jail death cases.

   a. *Colleen Garot v.* County of San Diego, S.D. Cal. case no. 19-cv-1650-L-BLM, $9.5 million settlement with the County of San Diego.

   b. *Frankie Greer v. County of San Diego et al.*, S.D. Cal. case no. 19-cv-0378-JO-DEB: total settlement in excess of $8.5 million.

   c. *Estate of Elisa Serna v. County of San Diego*, S.D. Cal. case no. 20-cv-2096-LAB-DDL: $15 million global settlement.

   d. *Estate of Michael Wilson v.* County of San Diego et al., S.D. Cal. case no. 20-cv-00457-RBM-DEB, $4.95 million settlement with the County of San Diego.

12. In the June 2024 edition of the *Advocate* magazine, I published an article entitled, *Understanding Disability Rights Litigation in Police-Misconduct and Jail-Detention Cases*.

13. I am requesting an hourly rate of $800/hour. In support of this request, I am submitting the declarations of other experienced civil rights practitioners and trial lawyers, including Julia Yoo, Tom Beck, John Burton, and Barry Litt, who can attest to my skills and expertise in this area of law.

14. A true and accurate copy of my timesheets and billing records for this matter are attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of October, 2024, in San Diego, California.

s/ Grace Jun
GRACE JUN

# EXHIBIT A

# Detailed time report: 04/14/2024 – 09/27/2024

| | | |
|---|---|---|
| **Total hours** | 1 Client | **Enyart** |
| **249.20** | 1 Project | **Enyart I** |
| 249.20 Uninvoiced billable hours | Tasks | **All tasks** |
| | 1 Team | **Grace Jun** |

| Client | Project | Task | Person | Hours |
|---|---|---|---|---|
| **04/14/2024** | | | | **9.70** |
| Enyart | Enyart I | Case review | Grace Jun | 3.60 |
| | | Begin review of case to draft memo of facts & contentions of law | | |
| Enyart | Enyart I | Trial Prep | Grace Jun | 5.20 |
| | | Begin draft of jury instructions and verdict form | | |
| Enyart | Enyart I | Client Communication | Grace Jun | 0.90 |
| | | Zoom meeting with clients | | |
| **04/15/2024** | | | | **8.00** |
| Enyart | Enyart I | Pleadings | Grace Jun | 3.60 |
| | | Draft and finalize memo of contentions of fact and law | | |
| Enyart | Enyart I | Case review | Grace Jun | 0.40 |
| | | Review Defs' Memo of Contentions of Fact & Law | | |
| Enyart | Enyart I | Trial Prep | Grace Jun | 4.00 |
| | | | **Total** | **249.20** |

| Client | Project | Task | Person | Hours |
|---|---|---|---|---|
| | | Continue draft of jury instructions. Research re: verdict forms in other San Bernardino County cases | | |
| **04/16/2024** | | | | **5.50** |
| Enyart | Enyart I | Communication | Grace Jun | 2.80 |
| | | Depo prep for Homer Venters deposition. Review responsive documents for production | | |
| Enyart | Enyart I | Trial Prep | Grace Jun | 2.70 |
| | | Finalize and circulate proposed verdict forms and instructions to opposing counsel | | |
| **04/17/2024** | | | | **2.10** |
| Enyart | Enyart I | Depositions | Grace Jun | 2.00 |
| | | Depo of Homer Venters | | |
| Enyart | Enyart I | Communication | Grace Jun | 0.10 |
| | | Email to all counsel re Venters depo | | |
| **04/18/2024** | | | | **0.40** |
| Enyart | Enyart I | Communication | Grace Jun | 0.40 |
| | | Email communication re Homer Venters depo | | |
| **04/19/2024** | | | | **0.50** |
| Enyart | Enyart I | Case review | Grace Jun | 0.50 |
| | | Depo prep | | |
| **04/21/2024** | | | | **1.20** |
| Enyart | Enyart I | Client Communication | Grace Jun | 1.00 |
| | | Enyart: phone call with Fran and Greg | | |
| | | | **Total** | **249.20** |

| Client | Project | Task | Person | Hours |
|---|---|---|---|---|
| Enyart | Enyart I | Case review | Grace Jun | 0.20 |
| | | Review MSJ order for discussion with clients | | |
| **04/23/2024** | | | | **0.50** |
| Enyart | Enyart I | Communication | Grace Jun | 0.50 |
| | | Phone call with Dr. San Bartolome | | |
| **04/24/2024** | | | | **2.70** |
| Enyart | Enyart I | Meeting | Grace Jun | 1.00 |
| | | Enyart: conference call with Dr. San Bartolome re depo prep | | |
| Enyart | Enyart I | Case review | Grace Jun | 1.70 |
| | | Review medical records, autopsy report, and jail recordings to prep for Dr. San Bartolome depo | | |
| **04/25/2024** | | | | **7.00** |
| Enyart | Enyart I | Case review | Grace Jun | 1.20 |
| | | Review of summary judgment pleadings and discovery | | |
| Enyart | Enyart I | Pleadings | Grace Jun | 3.80 |
| | | Review Defs MILs. Research. Begin draft of oppos to Defs MILs | | |
| Enyart | Enyart I | Discovery | Grace Jun | 2.00 |
| | | Review of discovery and other depos for Dr. San Bartolome depo | | |
| **04/26/2024** | | | | **5.70** |
| Enyart | Enyart I | Depositions | Grace Jun | 2.00 |
| | | Enyart: depo of Dr. Mario San Bartolomo | | |
| | | | **Total** | **249.20** |

| Client | Project | Task | Person | Hours |
|---|---|---|---|---|
| Enyart | Enyart I | Client Communication | Grace Jun | 0.70 |
| | | Phone call with Fran Enyart | | |
| Enyart | Enyart I | Communication | Grace Jun | 0.10 |
| | | Email to opposing counsel re San Bartolomo depo | | |
| Enyart | Enyart I | Communication | Grace Jun | 0.60 |
| | | Meet/confer opposing counsel re final pto & trial matters | | |
| Enyart | Enyart I | Pleadings | Grace Jun | 1.50 |
| | | Finalize oppos to defs' MILs | | |
| Enyart | Enyart I | Pleadings | Grace Jun | 0.80 |
| | | Draft notice of related cases | | |
| 04/29/2024 | | | | 2.70 |
| Enyart | Enyart I | Trial | Grace Jun | 1.00 |
| | | Enyart - M&C Re Joint Jury Instructions | | |
| Enyart | Enyart I | Pleadings | Grace Jun | 1.70 |
| | | Research re case consolidation. Draft stipulation to consolidate cases (Enyart I and II) and circulate it for review. | | |
| 04/30/2024 | | | | 0.80 |
| Enyart | Enyart I | Communication | Grace Jun | 0.20 |
| | | Emails re stip to consolidate cases | | |
| Enyart | Enyart I | Communication | Grace Jun | 0.20 |
| | | | Total | 249.20 |

| Client | Project | Task | Person | Hours |
|---|---|---|---|---|
| | | Emails re jury instructions | | |
| Enyart | Enyart I | Trial Prep | Grace Jun | 0.40 |
| | | Review final form of joint jury instructions for efiling | | |
| 05/01/2024 | | | | 1.00 |
| Enyart | Enyart I | Trial Prep | Grace Jun | 1.00 |
| | | Draft and finalize proposed voir dire | | |
| 05/02/2024 | | | | 1.50 |
| Enyart | Enyart I | Trial Prep | Grace Jun | 1.50 |
| | | Finalize draft of plaintiffs' proposed instructions for efiling | | |
| 05/05/2024 | | | | 1.80 |
| Enyart | Enyart I | Trial Prep | Grace Jun | 1.80 |
| | | Finalize final pretrial conference order | | |
| 05/06/2024 | | | | 2.00 |
| Enyart | Enyart I | Court | Grace Jun | 1.00 |
| | | Enyart: final pretrial conference (0.7). Roundtrip to Los Angeles (travel time 4.5 hours) | | |
| Enyart | Enyart I | Communication | Grace Jun | 1.00 |
| | | Phone call with Dr. Venters to discuss trial | | |
| 05/07/2024 | | | | 8.50 |
| Enyart | Enyart I | Trial Prep | Grace Jun | 8.50 |
| | | Review of videos and recorded statements to prepare for trial. Review discovery and depos for trial prep and exhibits. Review exhibits for trial | | |
| | | | **Total** | **249.20** |

| Client | Project | Task | Person | Hours |
|---|---|---|---|---|
| **05/08/2024** | | | | **3.00** |
| Enyart | Enyart | Trial Prep | Grace Jun | 1.00 |
| | | Enyart - Call with Dr. Venters to prepare for trial testimony | | |
| Enyart | Enyart | Communication | Grace Jun | 1.40 |
| | | Phone call with Roger Clark to prepare for depo | | |
| Enyart | Enyart | Communication | Grace Jun | 0.60 |
| | | Emails with Roger Clark re depo prep | | |
| **05/09/2024** | | | | **7.80** |
| Enyart | Enyart | Depositions | Grace Jun | 3.00 |
| | | Depo of Roger Clark; meeting before and after with Roger to discuss depo and trial | | |
| Enyart | Enyart | Trial Prep | Grace Jun | 4.80 |
| | | Review discovery to begin identifying and marking trial exhibits | | |
| **05/10/2024** | | | | **8.00** |
| Enyart | Enyart | Meeting | Grace Jun | 4.00 |
| | | Meeting with Enyart family at their home for trial prep | | |
| Enyart | Enyart | Trial Prep | Grace Jun | 2.00 |
| | | Prepare for meeting with Enyart family and testimony for trial | | |
| Enyart | Enyart | Trial Prep | Grace Jun | 2.00 |
| | | Travel to Apple Valley to meet with Enyart family | | |
| **05/11/2024** | | | | **7.00** |
| | | | **Total** | **249.20** |

| Client | Project | Task | Person | Hours |
|---|---|---|---|---|
| Enyart | Enyart I | Meeting | Grace Jun | 5.00 |
| | | Meeting with Enyart family for trial prep | | |
| Enyart | Enyart I | Trial Prep | Grace Jun | 2.00 |
| | | Return travel from Apple Valley to San Diego after meeting with family | | |
| 05/12/2024 | | | | 2.00 |
| Enyart | Enyart I | Trial Prep | Grace Jun | 2.00 |
| | | Review plaintiffs' depos for trial | | |
| 05/13/2024 | | | | 7.50 |
| Enyart | Enyart I | Trial Prep | Grace Jun | 2.50 |
| | | Trial prep for Dr. San Bartolome testimony | | |
| Enyart | Enyart I | Trial Prep | Grace Jun | 1.00 |
| | | Review Dr. San Bartolome depo transcript | | |
| Enyart | Enyart I | Trial Prep | Grace Jun | 4.00 |
| | | Continue review of discovery and marking of trial exhibits. Refining and revising exhibits and exhibit list | | |
| 05/14/2024 | | | | 7.20 |
| Enyart | Enyart I | Meeting | Grace Jun | 1.00 |
| | | Meet/confer re trial exhibits and trial issues | | |
| Enyart | Enyart I | Trial Prep | Grace Jun | 0.10 |
| | | Review coroner's response to subpoena | | |
| | | | Total | 249.20 |

| Client | Project | Task | Person | Hours |
|---|---|---|---|---|
| Enyart | Enyart I | Trial Prep | Grace Jun | 0.40 |
| | | Review trial brief drafted by DP | | |
| Enyart | Enyart I | Trial Prep | Grace Jun | 5.70 |
| | | Review discovery and possible trial exhibits to prepare for examinations at trial | | |
| 05/15/2024 | | | | 9.00 |
| Enyart | Enyart I | Trial Prep | Grace Jun | 9.00 |
| | | Review trial exhibits and refine exhibits for presentation within time limits. Revise exhibit list and revise documents to be marked for exhibits. | | |
| 05/16/2024 | | | | 8.40 |
| Enyart | Enyart I | Discovery | Grace Jun | 1.00 |
| | | Enyart - Discovery Conference with Magistrate Judge re medical services policies and standard nursing procedures | | |
| Enyart | Enyart I | Trial Prep | Grace Jun | 5.00 |
| | | Review Medical Services Division policies and procedures produced late by San Bernardino County. Determine which policies to use | | |
| Enyart | Enyart I | Trial Prep | Grace Jun | 2.40 |
| | | Review video recorded deposition of Greg Enyart for possible use at trial and making clips for trial | | |
| 05/17/2024 | | | | 9.00 |
| Enyart | Enyart I | Trial Prep | Grace Jun | 2.00 |
| | | Enyart: trial prep with Dr. San Bartolome | | |
| Enyart | Enyart I | Trial Prep | Grace Jun | 1.70 |
| | | Enyart: trial prep with Homer Venters | | |
| | | | Total | 249.20 |

| Client | Project | Task | Person | Hours |
|---|---|---|---|---|
| Enyart | Enyart I | Trial Prep | Grace Jun | 1.60 |
| | | Review Defendants' trial exhibits | | |
| Enyart | Enyart I | Trial Prep | Grace Jun | 3.70 |
| | | Review video and audio of arrest (belt recordings) and detention at West Valley (belt recordings and video) to create relevant clips with time stamps | | |
| **05/18/2024** | | | | **11.20** |
| Enyart | Enyart I | Trial Prep | Grace Jun | 8.70 |
| | | Meeting with Amanda and Fran for trial prep. Continue annotations of witness depositions. Prepare witness examinations. | | |
| Enyart | Enyart I | Trial Prep | Grace Jun | 2.50 |
| | | Commute to Los Angeles for trial from San Diego | | |
| **05/19/2024** | | | | **15.30** |
| Enyart | Enyart I | Trial Prep | Grace Jun | 3.30 |
| | | Prepare Fran for her trial testimony including review of exhibits | | |
| Enyart | Enyart I | Trial Prep | Grace Jun | 12.00 |
| | | Prepare for witness examinations and cross examinations. Outline of witness examinations. Review of trial exhibits and jury instructions | | |
| **05/20/2024** | | | | **14.70** |
| Enyart | Enyart I | Trial Prep | Grace Jun | 1.20 |
| | | Enyart: Trial prep with Mario San Bartolome. | | |
| Enyart | Enyart I | Trial Prep | Grace Jun | 12.00 |
| | | Continue preparing for trial examination. Prepare for meeting with Dr. San Bartolome and later meeting with Homer Venters. Review exhibits that need to be admitted, witness testimony that needs to be established. Outlines. Visit to courtroom for tech review | | |
| | | | **Total** | **249.20** |

| Client | Project | Task | Person | Hours |
|---|---|---|---|---|
| Enyart | Enyart I | Trial Prep | Grace Jun | 1.50 |
| | | Trial prep with Homer; discussion re trial testimony | | |
| 05/21/2024 | | | | 13.00 |
| Enyart | Enyart I | Trial Prep | Grace Jun | 1.00 |
| | | Trial prep with Fran | | |
| Enyart | Enyart I | Trial Prep | Grace Jun | 1.20 |
| | | Phone call with Roger Clark to prepare for his trial testimony | | |
| Enyart | Enyart I | Trial | Grace Jun | 6.80 |
| | | Courtroom for trial (jury selection, opening, and first witness, Dr. Venters) | | |
| Enyart | Enyart I | Trial Prep | Grace Jun | 4.00 |
| | | Prepare for witness examinations (Roger Clark, Frances Enyart, Dr. San Bartolome). Prepare for cross examination of defense witnesses | | |
| 05/22/2024 | | | | 13.40 |
| Enyart | Enyart I | Communication | Grace Jun | 1.00 |
| | | Discussion with Fran Enyart before trial (Fran Enyart still on stand) | | |
| Enyart | Enyart I | Trial | Grace Jun | 7.90 |
| | | Courtroom for trial. | | |
| Enyart | Enyart I | Trial Prep | Grace Jun | 4.50 |
| | | Prepare for cross examinations. Research on backgrounds of defense witnesses. Review of jury instructions and verdict form and defense edits | | |
| 05/23/2024 | | | | 11.10 |
| | | | **Total** | **249.20** |

| Client | Project | Task | Person | Hours |
|---|---|---|---|---|
| Enyart | Enyart I | Trial | Grace Jun | 8.00 |
| Enyart | Enyart I | Pleadings | Grace Jun | 1.40 |
| | | Draft and submit plaintiffs' objections re: time limits and exclusion of plaintiffs' evidence | | |
| Enyart | Enyart I | Research | Grace Jun | 1.70 |
| | | Research re: jury verdict form and damages questionnaire | | |
| **05/24/2024** | | | | **7.00** |
| Enyart | Enyart I | Pleadings | Grace Jun | 1.30 |
| | | Request for clarification, submission of verdict form with damages questionnaire | | |
| Enyart | Enyart I | Pleadings | Grace Jun | 2.00 |
| | | Research re jury instructions. Draft and submit plaintiffs' objections re jury instructions and sua sponte dismissal of Bane Act claim and punitive damages claim | | |
| Enyart | Enyart I | Trial | Grace Jun | 0.50 |
| | | Verdict | | |
| Enyart | Enyart I | Pleadings | Grace Jun | 0.20 |
| | | Review court order re objections and exclusion of evidence (dkt. 172) | | |
| Enyart | Enyart I | Trial Prep | Grace Jun | 3.00 |
| | | Return travel to San Diego from L.A. (Friday night traffic) | | |
| **05/28/2024** | | | | **2.00** |
| Enyart | Enyart I | Pleadings | Grace Jun | 2.00 |
| | | Review FRCP 50 motion for judgment as matter of law filed by San Bernardino County. Begin research on issues raised. | | |
| | | | **Total** | **249.20** |

| Client | Project | Task | Person | Hours |
|---|---|---|---|---|
| 05/29/2024 | | | | 6.00 |
| Enyart | Enyart I | Pleadings | Grace Jun | 6.00 |
| | | Oppo to San Bernardino County JMOL | | |
| 05/30/2024 | | | | 6.70 |
| Enyart | Enyart I | Pleadings | Grace Jun | 5.00 |
| | | Oppo to San Bernardino County JMOL | | |
| Enyart | Enyart I | Client Communication | Grace Jun | 1.50 |
| | | Phone call with Greg and Fran Enyart | | |
| Enyart | Enyart I | Client Communication | Grace Jun | 0.20 |
| | | Email to clients re post trial motions by San Bernardino County and our oppo | | |
| 06/03/2024 | | | | 0.20 |
| Enyart | Enyart I | Client Communication | Grace Jun | 0.20 |
| | | Email to Enyarts re case update | | |
| 06/06/2024 | | | | 1.00 |
| Enyart | Enyart I | Client Communication | Grace Jun | 1.00 |
| | | Enyart family meeting | | |
| 06/11/2024 | | | | 1.00 |
| Enyart | Enyart I | Pleadings | Grace Jun | 1.00 |
| | | Review court order denying judgment as a matter of law and discuss with Enyarts | | |
| 06/12/2024 | | | | 0.50 |
| | | | Total | 249.20 |

| Client | Project | Task | Person | Hours |
|---|---|---|---|---|
| Enyart | Enyart I | Client Communication | Grace Jun | 0.50 |
| | | Discussion with clients re case updates | | |
| **07/26/2024** | | | | **1.30** |
| Enyart | Enyart I | Pleadings | Grace Jun | 1.30 |
| | | Review San Bernardino County renewed JMOL and motion for new trial and review caselaw | | |
| **08/01/2024** | | | | **7.00** |
| Enyart | Enyart I | Mediation / Settlement Conference | Grace Jun | 7.00 |
| | | Enyart: mediation with Rick Copeland. Meeting with Enyart clients | | |
| **08/02/2024** | | | | **6.00** |
| Enyart | Enyart I | Pleadings | Grace Jun | 6.00 |
| | | Oppo to motion for new trial. Review of Title 15 of California Code of Regulations | | |
| **09/25/2024** | | | | **0.20** |
| Enyart | Enyart I | Client Communication | Grace Jun | 0.20 |
| | | Phone call with Greg, Amanda, and Fran re County's rejection of Plaintiffs' settlement offer | | |
| **09/27/2024** | | | | **1.10** |
| Enyart | Enyart I | Case review | Grace Jun | 1.10 |
| | | Meeting with clients to discuss County rejection of settlement offer and next steps | | |
| | | | **Total** | **249.20** |