**LAW OFFICE OF JAMES S. TERRELL**
JAMES S. TERRELL  (SBN 170409)
15411 Anacapa Road
Jim@talktoterrell.com
Victorville CA 92392
Telephone:  (760) 561.2699
Facsimile:   (760)-952.1085

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES ENYART, Individually, and as Successor in Interest to WILLIAM ENYART, GREGORY ENYART, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, AARON CONLEY, DEPUTY C. UMPHLETT, ROD SKAGGS, DEPUTY SNOW, DEPUTY SILVA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-00540-RGK-KK<br><br>**DECLARATION OF JAMES S. TERRELL IN SUPPORT OF PLAINTIFF RICHARD DONASTORG'S MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988** |

# DECLARATION OF JAMES S. TERRELL

I, JAMES S. TERRELL, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California, the United States District for the Southern District of California, and the United States District for the Eastern Division. I make this declaration in support of Plaintiffs' Motion for Attorneys' Fees. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. I was one of the attorneys of record for the Plaintiffs. Sharon J. Brunner and I were the original Attorneys on the case and were retained by the Enyart Family within days of the death of their son Billie Enyart. Sharon Brunner and I decided to associate Ms. Dani Pena on the case as additional counsel. We had previously worked with Mr. Pena and the Chris Morris Law Firm in on another civil rights case against West Valley Detention Center and the County of San Bernardino. After consulting with the family Ms. Dani Pena was brought on the sometime in February of 2023. As of the date of May 24, 2024, I spent 200 hours of billable time in connection with tasks reasonably necessary to the favorable resolution of this action.

3. I am filing this Declaration in Support of Plaintiff's Motion for Attorney's Fees and costs pursuant to 42 U.S.C. 1988.

4. Prior to trial Plaintiffs' counsel made good faith attempts to settle and resolve this matter for a fair and reasonable amount.

5. All of work that was completed in this matter was to advance the claim of deliberate indifference and Monell violations causing the death of Decedent Billy Enyart.

6. I have maintained contemporaneous records and tracked my time in tenth of hours increments and maintained a record reflecting the work activity and the time spent on this case. In the course of preparing this motion, I have reviewed my time records and

exercised billing judgment to reduce or omitted time that would not ordinarily be charged to (or by a fee-paying) client. I personally performed the work attributed to me in this billing statement and can personally attest to the hours I spent on this case have been reasonably expended in pursuit of this litigation. A copy of my time records (billing) for this matter is attached as **EXHIBIT A.** I am aware that Attorney Sharon J. Brunner and I did not bill for numerous calls with the family, text messages the family and other tasks that were completed on the case. Additionally, while Ms. Brunner and I were present for the trial in this matter during each and every hour that trial was in session we have not billed for that time.

7. I attended law school and sworn in the State bar on June 2, 1994. I joined the United Sates Central District Court of California in that same time in 1994.

8. Since 1994, I have managed my own law firm, which mainly consisted of Civil and Criminal Law.

9. Since 1994, I have been primarily involved in criminal law. Both state and federal law. The majority of my cases involved constitutional issues including the 4th, 5th, 14th amendments and various issues involving abusive government intrusion.

10. I have tried approximately 100 jury trials in state court and a criminal federal court involving two bank robberies in front of the Honorable Judge Manuel Real, and settled several civil rights cases back in 1996 in front of United States Magistrate Judge Virginia Phillips.

11. I currently have approximately 35 active civil rights case which I manage and work. I have taken over 200 depositions and handle written discovery and write complaints and respond to and prepare motions to dismiss and all dispositive motions.

12. I participated in every deposition taken in this case. I took the deposition of every individual defendant, and I defended the depositions of every one of the Plaintiffs with the exception of A.E. I spent hours preparing for the depositions and believe that

the depositions were one of our many strong points of this case that led to a successful verdict.

13. After reviewing the video/audio taped and police reports, I reviewed the the material with my police practice expert, summarizing the events as I had observed through the videos and police reports. I also reviewed the same material with Co-counsel Attorney SHARON J. BRUNNER.

14. In this case there were massive amounts of video and related audio, I spent hours writing the response to the opposition to the summary judgment. The research was key to overcome Summary Judgment issues.

15. I have been the Attorney of record on numerous cases with that have settled for seven-figure awards, including the following:

- $2.3 million settlement in related jail abuse cases, which involved 33 inmates at the West Valley Jail, the cases included: Alcala et al v. County of San Bernardino et al; *Alejandro Camacho v. John McMahon; Michael Bishop et al v John McMahon et al; John Hanson et al v. John McMahon et al; David Smith v. County of San Bernardino et al*; all related to violation of civil rights, prisoner abuse and excessive case. (March 2017);
- $650,000 settlement in *Pusok v. County of San Bernardino* (Deputy excessive force), (May 2014);
- $90,000 settlement *Kyrstle Dubose v. Domino's Pizza Franchise, et al* (racial discrimination) (2017)
- $33.5 million jury verdict in *Archibald v. County of San Bernardino* (police shooting with Dale Galipo), (May 2017). This case later settled for 10 million and $500,000 in Attorneys' Fees;
- $1.9 million settlement in *Lozano v. County of San Bernardino* (denial of medical care – jail death case) (January 2018);

3

DECLARATION OF JAMES S. TERRELL IN SUPPORT OF MOTION FOR ATTORNEY'S FEES

- $50,000 *Mary Siva v. County of San Bernardino, et el* (unlawful detention) (2018);
- $98,000 *Debra Blakemore et al v. John McMahon, et al County*(unlawful detention)(2017)
- $350,000 settlement in *Geraldo Vasquez v. County of San Bernardino County* (excessive force/), (June 2018);
- $100,000 settlement in *Crosthwaite* v. *County of San Bernardino et* (excessive force) (2018);
- $390,000 settlement *in Robert Molina v. San Bernardino (*jail death case-failure to monitor.) (2019)
- $2.1 million dollar settlement *T.M., GAL Jerry Phillips (Juana Phillips) v. County of San Bernardino* (Excessive force – deadly use of force.) (2019);
- $500,000 settlement in *Jono Liebrenz v. County of San Bernardino* (failure to monitor-jail death), (August 2020);
- $2,495,000 combined settlement on the *Mariana Tafoya, Weslie Yarber and minors L.Y., N.Y. and J.Y v. the City of Barstow Police Department.* (Officer involved shooting. Excessive force.) (2020);
- $300,000 *Lola Sprowl v. City of Barstow,* et al (wrongful death) (2020)
- $600,000 *v. City of Hemet, et al (excessive force, deadly force-shooting)* (2020);
- $265,000 settlement in *Ames v. County of San Bernardino (*jail death-failure to monitor) (2021);
- $1.2 million settlement in *Perry Belden v. County of San Bernardino (Failure to provide medical care- loss of limbs due to sepsis) (2021);*
- *$995,000 Brown v. County of San Bernardino, et al (excessive force. Deputy involved shooting) (2021);*

4
DECLARATION OF JAMES S. TERRELL IN SUPPORT OF MOTION FOR ATTORNEY'S FEES

- *$80,000 Sacapano v. County of San Bernardino, et al (*excessive force) (2021);
- $1.6 million combined settlement for all Plaintiffs*, Allen v. San Bernardino, (Excessive force-deadly force);*
- $350,000 *Juan Bermudez V. San Bernardino (*Excessive- force deadly force);
- $500,000 *Donastorg v. City of Ontario, (Excessive Force)(2021);*
- $1.4 Million*, Alexander Herd v. State of California County, (Excessive force. Officer involved shooting).*
- $750,000 *Joseph McLaughlin v. San Bernardino County, (Excessive force-deadly force).*
- $1,250,000 *Cecilia Vargas v. County of San Bernardino, (wrongful death-excessive force).*
- $100,000 *Blackmore v. County of San Bernardino (Shooting of a family dog)*
- $350,000 *Devon King v. San Bernardino County, (Excessive force)*
- $265,000 *Ralphie Lopez v. City of Fontana, (Excessive force)*

On September 23, 2021, the Honorable Judge Jesus Bernal ordered that my hourly rate be set at $600.00 per hour in the *Donastorg v. City of Ontario* 5:18-cv-00992-JGP-SP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of October 2024, in Victorville, California.

        /s/James S. Terrell
        JAMES S. TERRELL

# EXHIBIT A

**James S. Terrell**  *Enyart et al. v County of San Bernardino*
**Timekeeping Record**  Case No 5:3-cv-00540-RGK-KK

| Date | Description | Hours |
|---|---|---|
| 8.4.2022 | Meeting with the clients Fran Enyart, Gregory Enyart, and Guardian Ad Litem Amanda Kelley. Obtained facts about case, viewed Nicholas Enyart vehicle and took photographs of damage to vehicle. Obtained retainer agreements. Discussion between after clients left office concerning action plan, next steps and deadline for tort claim. | 1.8 |
| 8.4.2022 | Wrote e-mail to coroner | .2 |
| 8.16.2022 | Reviewed Government Tort Claims reviewed by Sharon J. Brunner | .4 |
| 9.26.2022 | Received recorded call from Fran & watch commander re: autopsy | .5 |
| 10.5.2022 | Received Tort Claim Rejection | .1 |
| 10.12.2022 | Received Birth + Death Certificate from Fran | .2 |
| 10.14.2022 | Reviewed email from Fran with recording from watch commander | .1 |
| 10.17.2022 | Reviewed e-mails from Fran | .05 |
| 2.23.2023 | Zoom Meeting with clients and Dani Pena, Esq. Introduced Dani Pena, Esq to the clients and the case. Discussion regarding the case with family and all three attorneys. | .9 |
| 3.23.2023 | Reviewing WVDC records, sent the records to Dani Pena, and telephone call with Dani Pena | 2.6 |
| 3.27.2023 | Review of Dkt 1. Filing of the Complaint | .1 |
| 4.3.2023 | Review of Application for Appointment of Guardian-ad-litem for AE Dkt.20 | .1 |
| 4.8.2023 | Status Meeting with clients and co-counsel | .8 |
| 6.13.2023 | Review of stipulation extending time to answer complaint dkt.24 | .1 |
| 6.13.2023 | Review of Judge's Standing Orders Dkt 25 | .2 |
| 6.28.2023 | Review of Dkt 32 Order to Show Cause Re:Dismissal of Lack of Prosecution re: Deputy Silva | .1 |
| 7.18.2023 | Review of Dkt.37 Order Setting Scheduling Conference in the case | .1 |
| 7.25.2023 | Review of Dkt.50 Amended Scheduling Order | .1 |
| 8.8.2023 | Review of Dkt. 52 Notice of motion and motion to dismiss amended complaint | .5 |
| 8.21.2023 | Review of Plaintiff's Initial Disclosures and had sent out | 2.8 |
| 8.28.2023 | Travel to and from Court for scheduling conference in Judge Klausner's Court in Los Angeles, Roybal Center | 4.8 |
| 8.28.2023 | Court Appearance, Scheduling Conference, met with Defense Counsel, Jacob Ramirez after the hearing. | .6 |
| 8.29.2023 | Review of Answer to Amended Complaint Dkt. 64 | .5 |
| 9.18.2023 | Review of Dkt. 65, Panel selection mediator Richard Copeland | .1 |
| 11.9.2023 | Telephone call with Defense's Counsel Jacob Ramirez regarding protective order, initial disclosures, Plaintiffs' excessive force claims, depositions of clients | .3 |
| 11.22.2023 | Review of Dkt. 67, Protective Order | .1 |
| 1.10.2024 | Reviewed discovery responses from the Defendants to include recordings, and the homicide investigation | 2.9 |
| 1.15.2024 | Telephone call with co-counsel Dani Pena regarding possible involvement in case I. Guzman and Deputy Garcia | .4 |
| 1.16.2024 | Reviewed 911 audio and other audios from day of Billy's Arrest | 1 |

**James S. Terrell**  *Enyart et al. v County of San Bernardino*
**Timekeeping Record**  Case No 5:3-cv-00540-RGK-KK

| Date | Description | Hours |
|---|---|---|
| 1.16.2024 | Prepared Frances Enyart and other preparation for 1/17/2024 | 4 |
| 1.17.2024 | Telephone call with co-counsel Dani Pena regarding Enyart deposition and strategy | .5 |
| 1.17.2024 | Traveled to/from Frances Enyart Deposition, held at County Counsel Office in San Bernardino, CA | 1.9 |
| 1.17.2024 | Defended Frances Enyart deposition | 5 |
| 1.17.2024 | Prepared Amanda Kelley for her 1/18/2024 deposition via telephone | .5 |
| 1.18.2024 | Traveled to/from Amanda Kelley Deposition, held at County Counsel Office in San Bernardino, CA | 1.8 |
| 1.18.2024 | Defended Amanda Kelley deposition (worked through lunch break) | 6.5 |
| 2.1.2024 | Review of discovery responses/disclosures from the County, reviewed multiple surveillance videos/audio | 6.4 |
| 2.1.2024 | Telephone call with all Plaintiffs' counsel regarding e-mail from county counsel related to the amended complaint | .3 |
| 2.2.2024 | Prepared to take deposition of Deputy Andres Suarez | 5.9 |
| 2.9.2024 | Attended deposition of Deputy Zavala | 1.8 |
| 2.9.2024 | Took Deputy Andres Suarez' deposition | 1.0 |
| 2.11.2024 | Prepared for depositions of Skaggs and Snow | 6.8 |
| 2.12.2024 | Had a joint call with co-counsel/Dr.Venters | .5 |
| 2.13.2024 | Took Deposition of Skaggs | 1.1 |
| 2.13.2024 | Took Deposition of April Snow | 1 |
| 2.14.2014 | Defended Nicholas Enyart deposition | 2.5 |
| 2.19.2024 | Prepared for deposition of Umphlett/Connely | 7.9 |
| 2.20.2024 | Took Deposition of Umphlett | 1.7 |
| 2.20.2024 | Took Deposition of Connely | 1.9 |
| 2.21.2024 | Re-reviewed intake video to compare to Connely's testimony re:signature | 2.1 |
| 2.21.2024 | Telephone call with Dani Pena regarding video of intake video of High Desert Detention Center | .8 |
| 2.21.2024 | Second call with co-counsels regarding Connely's deposition | .3 |
| 2.24.2024 | Reviewed intake video of High Desert Detention Center with Deputy Connely and nurse at intake. Reviewed/listened to death notification multiple times. Telephone call with co-counsel Dani Pena regarding experts | .6 |
| 2.29.2024 | Receipt of medication/prescription pictures from the Plaintiff. | .3 |
| 3.7.2024 | Reviewed re-filed MSJ | .3 |
| 3.7.2024 | Had phone with co-counsels and assignment delineated for division of duties | .5 |
| 3.13.2024 | Mediation with Rick Copeland | 4 |
| 3.17.2024 | Worked on Plaintiffs' Responses/Opposition to Defendants' Uncontroverted Facts | 9.9 |
| 3.27.2024 | Traveled to/from County Counsel office for in-person Rule 16 meeting | 1 |
| 3.27.2024 | Rule 16 meeting | 1.5 |
| 3.29.2024 | Traveled to client Gregory Enyart's home | .5 |
| 3.29.2024 | Prepared Gregory Enyart for his deposition | 1 |
| 3.29.2024 | Defended deposition of Gregory Enyart part 1 of 2 and post-meeting with client | 2 |

**James S. Terrell**  *Enyart et al. v County of San Bernardino*
**Timekeeping Record**  **Case No 5:3-cv-00540-RGK-KK**

| Date | Description | Hours |
|---|---|---|
| **4.22.2024** | Reviewing MSJ ruling Dkt. 118 | .9 |
| **4.22.2024** | Traveled to Enyart residence to meet with client Greg Enyart | .5 |
| **4.22.2024** | Met with Greg to prepare him for 4.23.2024 deposition | 1.5 |
| **4.22.2024** | Traveled to Enyart residence for Greg Enyart Deposition | .5 |
| **4.23.2024** | Defended Greg Enyart deposition | 1.3 |
| | **TOTAL BILLED HOURS:** | 110.95 |
| | **Reasonable Lodestar Rate:** | $600 |